IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JULIA LEE HOLT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:14-cv-00021 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SOCIAL SECURITY | ) | By: Hon. Jackson L. Kiser |
| ADMINISTRATION, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that I dismiss Plaintiff's action for failure to prosecute. This *Report* was filed on January 5, 2015, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. I hereby **DISMISS** this action **WITHOUT PREJUDICE**. The Clerk is directed to dismiss this case from the active docket of this Court.

The Clerk is further directed to send a copy of this Order to all counsel of record, Pro Se Plaintiff as well as to Magistrate Judge Hoppe.

ENTERED this 13th day of February, 2015.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE